UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO  1:19-cv-24-GNS

*Electronically Filed*

**DEVYN LEIGH KINSLOW and JEFFREY D. KINSLOW**  **PLAINTIFFS**

**vs.**

**GEICO GENERAL INSURANCE COMPANY**  **DEFENDANT**

### NOTICE OF REMOVAL

Defendant, Geico General Insurance Company, (hereinafter "Defendant"), by counsel, pursuant to 28 U.S.C. §1446, and 28 U.S.C. §1332(a), for its Notice of Removal of this matter to the United States District Court for the Western District of Kentucky at Bowling Green, hereby states as follows:

1. On January 24, 2019, Plaintiffs filed a Complaint in the Allen Circuit Court, Case No. 19-CI-00032, against Defendant. The Complaint asserts claims against Defendant for under insurance motor vehicle coverage related to an automobile accident in which Plaintiff Devyn Leigh Kinslow claims she was injured. See Plaintiffs' Summons and Complaint attached hereto as Exhibit "A".

2. Pursuant to Plaintiffs' Complaint, Plaintiffs are now and were at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of this Complaint against Defendant in Civil Action 19-CI-00032, citizens of the Commonwealth of Kentucky.

3. Defendant is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiffs filed their Complaint, incorporated in the State of Maryland with its principal place of business located in Macon, Georgia.

4.     Although Plaintiffs' Complaint does not identify the specific amount of damages which they seek, Plaintiffs' Complaint alleges that they have suffered severe injuries, physical and mental suffering on behalf of Plaintiff Devyn Kinslow (past, present and future), medical bills (past, present and future), past and future lost wages and an impairment of earning capacity, on behalf of Plaintiff Devyn Kinslow, and loss of spousal consortium on behalf of Plaintiff Jeff Kinslow.  Based upon these allegations, and the medical records/bills submitted by Plaintiffs to Defendant which exceed $75,000, it is clear that the amounts sought by Plaintiffs will exceed the sum of $75,000.00, exclusive of interest and costs.

5.     This action is one over which this Court has original jurisdiction pursuant to 28 U.S. C. § 1332 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) & (b), on the basis of diversity of citizenship.

6.     This Notice of Removal is filed within thirty (30) days after Defendant first received service of Plaintiffs' Summons and Complaint.

7.     Pursuant to 28 U.S.C. § 1446(a), Defendant has attached as an Exhibit all pleadings and other papers served upon it and by it in this action, being the Summons and Complaint attached hereto as Exhibit "A".  Defendant has not yet filed an Answer.

WHEREFORE, based upon the foregoing, the Defendant, Geico General Insurance Company, by counsel, notifies this Court of its Removal of this Action from the Allen Circuit Court in Allen County, Kentucky.

This the 26th day of February, 2019.

/s/ Marc A. Lovell
HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
(270) 842-5611
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th of February, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel at the following email addresses:

lovell@harlinparker.com
rhartsock@hughesandcoleman.com

                                            /s/ Marc A. Lovell